# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHAWN HARRIS, | : | 66 MAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 274 MD |
| v. | : | 2014, dated 5/22/14 (exited 5/23/14), |
| | : | dismissing the Appellant's Petition for |
| COMMONWEALTH OF PENNSYLVANIA, | : | Review |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the direct appeal is QUASHED. The matter is treated as a Petition for Allowance of Appeal, <u>see</u> <u>McMahon v. Pa. Bd. of Probation & Parole</u>, 470 A.2d 1337 (Pa. 1983), and is DENIED.